UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CEDRIC BISHOP,
                               Plaintiff,

-against-

BLUE NOTE USA, LLC,
                               Defendant.
------------------------------------------------------------X

20 Civ. 389 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated January 24, 2020, set the initial conference for March 12, 2020, at 10:30 A.M. ECF 5. The Order states that pre-conference materials are due seven calendar days prior to the initial conference, or by March 5, 2020. *See* ECF 4;

WHEREAS, the parties did not timely file pre-conference materials. It is hereby

**ORDERED** that the parties shall file a joint letter as soon as possible, and no later than **March 9, 2020, at 1:00 P.M**.

Dated: March 6, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**