USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CEDRIC BISHOP,
                Plaintiff

         -against-

BLUE NOTE USA, LLC
                Defendant
-------------------------------------------------------X

20 Civ. 389 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for March 11, 2020, at 10:30 A.M. ECF xx;

WHEREAS, the parties failed to timely file the pre-conference materials and were directed on March 6, 2020, to file the materials by March 9, 2020, at 1:00 P.M. ECF xx;

WHEREAS, the parties failed to comply with the Court's March 6 Order. It is hereby

**ORDERED** that the initial conference set for March 11, 2020, at 10:30 A.M. is adjourned to April 23, 2020, at 10:40 A.M. The parties shall file the pre-conference materials by April 16, 2020.

The parties are reminded that failure to comply with Court Orders will result in sanctions.

Dated: March 9, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**