UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CEDRIC BISHOP
         Plaintiff,

    -against-

BLUE NOTE USA, LLC,
         Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020

20 Civ. 389 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 23, 2020. ECF 8;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan;

WHEREAS, Defendant has failed to timely answer or otherwise respond to the Complaint. *See* ECF 6. It is hereby

**ORDERED** that the April 23, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances. It is further

**ORDERED** that Defendant's time to answer or otherwise respond is adjourned to **May 4, 2020**.

Dated: April 21, 2020
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**