

APPLICATION GRANTED

Defendant shall answer or otherwise respond to the Complaint by June 12, 2020.

Dated: May 5: 2020
New York, New York

*Lorna G. Schofield*
**UNITED STATES DISTRICT JUDGE**

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

May 4, 2020

**VIA ECF**

Hon. Lorna G. Schofield, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Bishop v. Blue Note USA, LLC*, 20-CV-00389-LGS

Dear Judge Schofield:

    We represent the incorrectly named Defendant, Blue Note USA, LLC (hereinafter, the "Defendant"). Plaintiff, Cedric Bishop (hereinafter, the "Plaintiff"), filed this class action complaint against Blue Note USA, LLC, alleging that Defendant's website is not accessible to the blind (the "Complaint").

    On April 21, 2020, the Court ordered that the Defendant shall have until May 4, 2020 to answer or otherwise respond to the Complaint in the above-captioned matter. The parties are currently in the process of active settlement negotiations. Accordingly, the parties respectfully request an extension up to and including June 12, 2020 for the Defendant to answer or otherwise respond to the Complaint. No previous extensions of time have been requested. The Plaintiff consents to the requested extension date.

Respectfully submitted,

/s/ Kenneth Kirschner

Kenneth Kirschner
kenneth.kirschner@hoganlovells.com
Tel: (212) 918-3000
Fax: (212) 918-3100
*Attorneys for Defendant*