UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                                      :
CEDRIC BISHOP,                               :
                        Plaintiff    :     20 Civ. 389 (LGS)
                                          :
              -against-        :     <u>ORDER</u>
                                         :
BLUE NOTE USA, LLC           :
                      Defendant  :
------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Case Management Plan directs the parties to file a status letter by June 23, 2020.  ECF 13;

     WHEREAS, no status letter has been filed.  It is hereby

     **ORDERED** that the parties shall, by June 26, 2020, file a status letter that complies with the case management plan.

     The parties are reminded that failure to comply with Court Orders will result in sanctions.

Dated: June 24, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE