```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
CEDRIC BISHOP,                                        :
                              Plaintiff               :    20 Civ. 389 (LGS)
                                                      :
              -against-                               :    ORDER
                                                      :
BLUE NOTE USA, LLC                                    :
                              Defendant               :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan directs the parties to file a status letter by June 23, 2020. ECF 13. The status letter was not timely filed;

WHEREAS, on June 24, 2020, the Court directed the parties to file the status letter by June 26, 2020, and reminded the parties that failure to comply with Court Orders will result in sanctions. ECF 16;

WHEREAS, no status letter has been filed. It is hereby

**ORDERED** that the parties shall, by July 3, 2020, file a status letter that complies with the case management plan. If the parties fail to comply with this Court Order, then the Court will issue an Order to Show Cause why Plaintiff and Defendant should not be sanctioned.

Dated: June 30, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**